**Order entered April 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00329-CV

### IN THE INTEREST OF M.M., A CHILD

**On Appeal from the 304th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-17-01300-W**

## ORDER

The reporter's record in this accelerated appeal from a parental termination case is past due. Accordingly, we **ORDER** Marty Grant, Official Court Reporter for the 304th Judicial District Court, to file the record no later than **April 18, 2019**. To ensure the record is timely filed, the trial court must arrange for a substitute reporter if necessary. *See* TEX. R. APP. P. 28.4(b)(1).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Andrea Martin, Presiding Judge of the 304th Judicial District Court; Ms. Grant; and, the parties.

/s/     KEN MOLBERG
JUSTICE